# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALISA JOHNSON, LAURA DAY, and KOREY THOMAS,<br><br>    Plaintiffs,<br><br>v.<br><br>ACTIVEHOURS, INC. d/b/a EARNIN,<br><br>    Defendant. | Case No. 1:24-cv-02283-ADC |

## DEFENDANT ACTIVEHOURS, INC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

In accordance with Federal Rules of Civil Procedure 9 and 12, as well as *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), Defendant Activehours, Inc. d/b/a EarnIn ("Defendant") hereby submits this Motion to Dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted. In support of this Motion, Defendant incorporates its Memorandum in Support of the Motion to Dismiss Plaintiffs' Complaint filed concurrently herewith.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Defendant's supporting memorandum of law, Defendant respectfully requests that this Court enter an order granting Defendant's Motion to Dismiss Plaintiffs' Complaint.

A Proposed Order is attached.

Dated: October 17, 2024

Respectfully submitted,

*/s/ Raquel L. Flynn*
Raquel L. Flynn (Bar No. 30591)
Jason C. Rose (Bar No. 27684)
VENABLE LLP
750 E. Pratt Street, Ste. 900
Baltimore, Maryland 21202

Telephone: (410) 244-7454
Facsimile: (410) 244-7742
RLFlynn@Venable.com
JCRose@Venable.com

*Attorneys for Defendant Activehours, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of October 2024, a true and correct copy of the foregoing was filed electronically with this Court's CM/ECF system, which provided a copy to all counsel of record in this action.

*s/ Raquel L. Flynn*
Raquel L. Flynn