# EXHIBIT B



Cash Out

# Make every day payday

Access your pay within minutes (not weeks) of earning it[1]



Products   Who We Are   For Business   Learn

- No hard or soft credit check[4]







# The most loved way to get paid as you work



<u>Products</u>   Who We Are   For Business   Learn

Get Started

# Life doesn't happen biweekly — neither should payday



## More possibilities

"Using EarnIn helps my life be stress free."

**Robyn**

  Products   Who We Are   For Business   Learn



## Less waiting

"Due dates and pay dates don't always come together, so EarnIn really helps."

Eric



## More living

  Products   Who We Are   For Business   Learn

Paid testimonies by actual customers

# Go from start to paid in just a few steps

Tap into the money you've already worked for, right when you need it. From monthly bills to weekly thrills, your earnings are ready when you are.

**01**     **Add your info** to verify your paycheck.

**02**     **Transfer up to $150/day** [up to $750/pay period] to a linked bank.[4]

**03**     No interest and no mandatory fees[3] — just tip what you think is fair.



<u>Products</u>   Who We Are   For Business   Learn

04

Any earnings & optional tips are repaid when
your paycheck hits

Get started

## You're all set!

$300 will be in your account any minute.
(That's why we call it Lightning Speed.)

Thanks for the tip! 🙌

Continue

Always safe, always secure



Products    Who We Are    For Business    Learn

We use the latest in security technology to keep your data protected. And we never sell your personal information — period.

## And we're here for you 24/7

We strive to respond to your questions in less than 60 seconds. But we're always working to beat our record...



  Products   Who We Are   For Business   Learn

## Want your money even faster?

There's Lightning Speed for that. For a low fee, you can transfer your earnings within minutes. Just think of it as your hard work paying off — instantly.[1]

Learn more

# Frequently asked questions

### What are earnings and how do they work?    +

### How much do I get when I sign up?    +

### How long does it take to see a higher pay period Max?    +

### Why does EarnIn need my bank information?    +



Products   Who We Are   For Business   Learn

## What does EarnIn cost?    —

EarnIn does not charge any mandatory fees. We charge for
instant transfer (Lightning Speed) fees, and accept optional tips
from our Community Members. There is always a no-cost option
to access money you've already worked for.

## Do I have to be a full-time employee to qualify?    +

## How much can I access per day?    +

## How much can I access per pay period?    +

## How does accessing my earnings work?    +

## Does EarnIn work internationally?    +



Products  Who We Are  For Business  Learn



## Getting paid every day is easy

Yes, really. Download EarnIn to access up to $150/day.



  

  Products   Who We Are   For Business   Learn



Blog

Terms of Service

Privacy

Evolve Bank & Trust

**Activehours, Inc. NMLS #2535570**
**EarnIn US1 LLC NMLS #2567882**
**Most licenses can be verified at: https://nmlsconsumeraccess.org**

EarnIn is a financial technology company not a bank. Subject to your available earnings, Daily Max and Pay Period Max. EarnIn does not charge interest on Cash Outs. EarnIn does not charge hidden fees for use of its services. Restrictions and/or third party fees may apply. EarnIn services may not be available in all states. For more info visit earnin.com/TOS.

[1] Disclaimer: Restrictions and/or third party fees may apply, see earnin.com/privacyandterms for more details. Lightning Speed may not be available to all Community Members. Cash Outs may take up to thirty minutes, actual transfer speeds will depend on your bank connection.

[2] Disclaimer: Lightning Speed may not be available to all Community Members. Cash Outs may take up to thirty minutes, actual transfer speeds will depend on your bank connection. Restrictions and/or third party fees may apply, see earnin.com/privacyandterms for details.



Products   Who We Are   For Business   Learn

Your actual Daily Max will be shown to you in the EarnIn app and is subject to your available earnings and Pay Period Max. The $150 Daily Max may not be available in all locations. Other restrictions may apply. For details See FAQ and Cash Out User Agreement .