**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ALISA JOHNSON, LAURA DAY, and KOREY THOMAS, <br><br>    Plaintiffs, <br><br>v. <br><br>ACTIVEHOURS, INC. d/b/a EARNIN, <br><br>    Defendant. | Case No. 1:24-cv-02283-ADC |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Upon consideration of Defendant's Motion to Dismiss Plaintiffs' Complaint, the Memorandum of Law in Support, and any opposition thereto, it is this _____ day of _____, 2024, ORDERED that Defendant's Motion is hereby GRANTED, and it is ORDERED that Plaintiffs' Complaint is dismissed with prejudice.

 

_____
The Honorable A. David Copperthite
Magistrate Judge
United States District Court
for the District of Maryland