**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **ALISA JOHNSON,** *et al.,* | |
| *Plaintiffs*, | |
| **v.** | **Civil No.: 1:24-cv-02283-JRR** |
| **ACTIVEHOURS, INC. d/b/a EARNIN,** | |
| *Defendant.* | |

**ORDER**

Pending before the court is Defendant Activehours, Inc. d/b/a EarnIn's Motion to Dismiss. (ECF No. 16, the "Motion.") The court has reviewed all papers; no hearing is necessary. Local Rule 105.6 (D. Md. 2025). For the reasons set forth in the accompanying memorandum opinion, it is this 8th day of August 2025,

**ORDERED** that the Motion shall be, and is hereby, **GRANTED IN PART AND DENIED IN PART** as follows: **GRANTED** as to Count II of the First Amended Class Action Complaint (ECF No. 12); **DENIED** in all other respects; and further it is

**ORDERED** that Count II of the First Amended Class Action Complaint (Violation of Maryland Consumer Protection Act, MD. CODE ANN., COM. LAW § 13-101, *et seq*.), shall be, and is hereby, **DISMISSED**; and this action shall proceed on Counts I and III.

/S/

_____
Julie R. Rubin
United States District Judge