IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALISA JOHNSON, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil No.: 1:24-cv-02283-JRR |
| ACTIVEHOURS, INC., | |
| *Defendant*. | |

**AMENDED SCHEDULING ORDER**

The court has reviewed the Joint Status Report at ECF No. 36 and issues this Amended Scheduling Order accordingly. Other than the changes set forth below, the remaining terms and requirements of the original Scheduling Order at ECF No. 33 remain in place.

**I.   DEADLINES**

| | |
|---|---|
| October 30, 2025: | Motion for joinder of additional parties and amendment of pleadings |
| December 5, 2025: | Rule 26(a)(1)(A)(iii) disclosures |
| February 3, 2026: | Motion for Class Certification and Plaintiffs' Expert Report(s) re Class Certification |
| March 20, 2026: | Opposition to Motion for Class Certification and Defendants' Expert Report(s) re Class Certification |
| April 3, 2026: | Reply in Support of Motion for Class Certification and Rebuttal Expert Report(s) re Class Certification |
| August 14, 2026: | Close of fact discovery |
| September 7, 2026: | Plaintiff's Rule 26(a)(2) disclosures |
| October 7, 2026: | Defendant's Rule 26(a)(2) disclosures |
| October 21, 2026: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |

| | |
|---|---|
| October 28, 2026: | Rule 26(e)(2) supplementation of disclosures and responses |
| December 2, 2026: | Close of expert discovery |
| December 16, 2026: | Submission of post-discovery status report to include proposed briefing schedule on dispositive and *Daubert* motions.  Counsel shall ensure the proposed briefing schedule is filed as a "motion" on ECF so that Chambers is alerted. |

**Requests for Modifications.** Any request for modification of this order must include a comparison of the proposed changes to the original deadlines/terms, and the basis for the requested modification. Modifications will only be made for good cause.

## II. DISCOVERY

Each side shall be limited to 20 hours of depositions of fact witnesses (including parties).

October 1, 2025

/s/
Julie R. Rubin
United States District Judge