# EXHIBIT C

| Posted date | ID Last 4 | Method | Origin | Amount | Status |
|---|---|---|---|---|---|
| Aug 06, 2024Aug 20, 2024 | 1114 | LS | RegularFlow | $100.00$3.99 fee | Debit failed (1) |
| Jul 24, 2024Aug 06, 2024 | 9869 | ACH | RegularFlow | $50.00 | Debit failed (2) |
| Jul 12, 2024Jul 23, 2024 | 3256 | ACH | RegularFlow | $50.00 | Debit complete (2) |
| Mar 03, 2023Sep 09, 2023 | 3520 | ACH | RegularFlow | $100.00 | Debit complete (65) |
| Mar 02, 2023Sep 08, 2023 | 2283 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (7) |
| Feb 27, 2023Mar 02, 2023 | 4809 | ACH | RegularFlow | $50.00 | Debit complete (1) |
| Feb 23, 2023Mar 02, 2023 | 4297 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Feb 16, 2023Feb 23, 2023 | 7254 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Feb 09, 2023Feb 16, 2023 | 8565 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Feb 06, 2023Feb 09, 2023 | 2122 | LS | RegularFlow | $50.00$2.99 fee | Debit complete (1) |
| Feb 02, 2023Feb 09, 2023 | 8638 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Jan 31, 2023Feb 02, 2023 | 1020 | LS | RegularFlow | $50.00$2.99 fee | Debit complete (1) |
| Jan 28, 2023Feb 02, 2023 | 5744 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jan 17, 2023Jan 20, 2023 | 7933 | LS | RegularFlow | $50.00$2.99 fee | Debit complete (1) |
| Jan 11, 2023Jan 20, 2023 | 1502 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Dec 27, 2022Jan 06, 2023 | 6617 | ACH | RegularFlow | $50.00 | Debit complete (1) |
| Dec 23, 2022Jan 06, 2023 | 3931 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Dec 19, 2022Dec 22, 2022 | 6282 | LS | RegularFlow | $50.00$2.99 fee | Debit complete (1) |
| Dec 12, 2022Dec 22, 2022 | 2702 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (2) |
| Nov 27, 2022Dec 09, 2022 | 1270 | LS | RegularFlow | $50.00$2.99 fee | Debit complete (1) |
| Nov 28, 2022Dec 09, 2022 | 7548 | ACH | RegularFlow | $100.00 | Debit complete (2) |
| Nov 16, 2022Nov 25, 2022 | 2095 | LS | RegularFlow | $50.00$2.99 fee | Debit complete (1) |
| Nov 14, 2022Nov 25, 2022 | 7554 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Oct 31, 2022Nov 14, 2022 | 8913 | ACH | RegularFlow | $50.00 | Debit complete (4) |
| Oct 27, 2022Nov 14, 2022 | 7366 | ACH | RegularFlow | $100.00 | Debit complete (5) |
| Oct 19, 2022Oct 27, 2022 | 8248 | ACH | RegularFlow | $50.00 | Debit complete (1) |
| Oct 13, 2022Oct 27, 2022 | 8564 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Oct 03, 2022Oct 13, 2022 | 2497 | ACH | RegularFlow | $50.00 | Debit complete (1) |
| Sep 30, 2022Oct 13, 2022 | 3289 | ACH | RegularFlow | $50.00 | Debit complete (1) |
| Sep 29, 2022Oct 13, 2022 | 2939 | ACH | RegularFlow | $50.00 | Debit complete (1) |
| Sep 18, 2022Sep 29, 2022 | 6882 | LS | RegularFlow | $50.00$2.99 fee | Debit complete (1) |
| Sep 06, 2022Sep 15, 2022 | 2475 | ACH | RegularFlow | $50.00 | Debit complete (1) |
| Jul 28, 2022Aug 18, 2022 | 3525 | LS | RegularFlow | $50.00$2.99 fee | Debit complete (2) |
| Jul 28, 2022Aug 18, 2022 | 9991 | ACH | RegularFlow | $50.00 | Debit complete (2) |
| Jul 27, 2022Aug 18, 2022 | 2350 | ACH | RegularFlow | $50.00 | Debit complete (4) |

| Date 1 | Date 2 | ID | Type | Flow | Amount | Status |
|---|---|---|---|---|---|---|
| Jul 22, 2022 | Jul 26, 2022 | 7300 | ACH | RegularFlow | $50.00 | Debit complete (1) |
| Jul 21, 2022 | Jul 26, 2022 | 9503 | ACH | RegularFlow | $50.00 | Debit complete (1) |
| Jul 18, 2022 | Jul 26, 2022 | 8123 | LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Jul 14, 2022 | Jul 19, 2022 | 3309 | LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Jul 13, 2022 | Jul 19, 2022 | 7914 | LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Jul 12, 2022 | Jul 19, 2022 | 5517 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Jul 09, 2022 | Jul 12, 2022 | 8714 | LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Jul 08, 2022 | Jul 12, 2022 | 6778 | ACH | RegularFlow | $50.00 | Debit complete (1) |
| Jul 08, 2022 | Jul 12, 2022 | 1619 | ACH | RegularFlow | $50.00 | Debit complete (1) |
| Jul 03, 2022 | Jul 12, 2022 | 2926 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 29, 2022 | Jul 05, 2022 | 6707 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Jun 22, 2022 | Jun 28, 2022 | 4347 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Jun 21, 2022 | Jun 28, 2022 | 6669 | LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Jun 15, 2022 | Jun 21, 2022 | 7104 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 09, 2022 | Jun 14, 2022 | 8363 | ACH | RegularFlow | $100.00 | Debit complete (2) |
| Jun 05, 2022 | Jun 07, 2022 | 6840 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (2) |
| May 12, 2022 | May 26, 2022 | 1928 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| May 01, 2022 | May 12, 2022 | 7513 | LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| May 02, 2022 | May 12, 2022 | 6430 | ACH | RegularFlow | $50.00 | Debit complete (1) |
| Feb 18, 2022 | Apr 04, 2022 | 35 | LS | RegularFlow | $100.00 $2.99 fee | Debit complete (5) |
| Feb 15, 2022 | Apr 26, 2022 | 3906 | ACH | RegularFlow | $100.00 | Debit complete (11) |
| Feb 14, 2022 | Apr 26, 2022 | 9056 | ACH | RegularFlow | $100.00 | Debit complete (11) |
| Feb 12, 2022 | Apr 26, 2022 | 6698 | LS | RegularFlow | $100.00 | Debit complete (11) |
| Jan 22, 2022 | Feb 03, 2022 | 3177 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Jan 21, 2022 | Feb 03, 2022 | 1344 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Jan 20, 2022 | Feb 03, 2022 | 2136 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Jan 11, 2022 | Jan 20, 2022 | 9118 | LS | RegularFlow | $50.00 | Debit complete (2) |
| Jan 10, 2022 | Jan 20, 2022 | 7531 | LS | RegularFlow | $50.00 | Debit complete (2) |
| Jan 07, 2022 | Jan 20, 2022 | 884 | LS | RegularFlow | $100.00 | Debit complete (2) |
| Jan 06, 2022 | Jan 20, 2022 | 1218 | LS | RegularFlow | $100.00 | Debit complete (2) |
| Dec 25, 2021 | Jan 06, 2022 | 1792 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Dec 24, 2021 | Jan 06, 2022 | 5783 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Dec 23, 2021 | Jan 06, 2022 | 4185 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Dec 16, 2021 | Dec 23, 2021 | 2162 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Dec 15, 2021 | Dec 23, 2021 | 6241 | LS | RegularFlow | $100.00 $1.00 tip | Debit complete (1) |
| Dec 01, 2021 | Dec 09, 2021 | 7932 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Nov 30, 2021 | Dec 09, 2021 | 7778 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Nov 23, 2021 | Nov 24, 2021 | 4686 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Nov 11, 2021 | Nov 24, 2021 | 6831 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Nov 09, 2021 | Nov 10, 2021 | 7625 | LS | RegularFlow | $50.00 | Debit complete (1) |

| Date 1 | Date 2 | Ref | Type | Flow | Amount | Status |
|---|---|---|---|---|---|---|
| Nov 03, 2021 | Nov 10, 2021 | 4934 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Oct 26, 2021 | Oct 28, 2021 | 9560 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Oct 19, 2021 | Oct 28, 2021 | 488 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Oct 19, 2021 | Oct 28, 2021 | 6938 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Oct 03, 2021 | Oct 14, 2021 | 2996 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Sep 25, 2021 | Sep 30, 2021 | 5415 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Sep 25, 2021 | Sep 30, 2021 | 4060 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Sep 06, 2021 | Sep 17, 2021 | 9646 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Sep 03, 2021 | Sep 17, 2021 | 5167 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Aug 04, 2021 | Sep 02, 2021 | 9408 | LS | RegularFlow | $50.00 | Debit complete (5) |
| Jul 26, 2021 | Sep 02, 2021 | 7033 | LS | RegularFlow | $50.00 | Debit complete (4) |
| Jun 29, 2021 | Jul 23, 2021 | 1328 | LS | RegularFlow | $50.00 | Debit complete (3) |
| Jun 29, 2021 | Jul 23, 2021 | 1282 | LS | RegularFlow | $50.00 | Debit complete (3) |
| May 28, 2021 | Jun 24, 2021 | 9448 | LS | RegularFlow | $50.00 | Debit complete (2) |
| May 25, 2021 | Jun 24, 2021 | 3101 | LS | RegularFlow | $50.00 | Debit complete (3) |
| May 23, 2021 | May 28, 2021 | 2745 | LS | RegularFlow | $50.00 | Debit complete (1) |
| May 12, 2021 | May 14, 2021 | 1024 | LS | RegularFlow | $50.00 | Debit complete (1) |
| May 05, 2021 | May 14, 2021 | 9509 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Apr 15, 2021 | May 05, 2021 | 6370 | LS | RegularFlow | $50.00 | Debit complete (2) |
| Mar 23, 2021 | Apr 15, 2021 | 7395 | LS | RegularFlow | $100.00 | Debit complete (2) |
| Mar 16, 2021 | Mar 19, 2021 | 1916 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Mar 06, 2021 | Mar 16, 2021 | 1768 | LS | RegularFlow | $100.00 | Debit complete (2) |
| Feb 27, 2021 | Mar 05, 2021 | 4037 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Feb 26, 2021 | Mar 05, 2021 | 3791 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Feb 21, 2021 | Feb 26, 2021 | 5043 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Feb 11, 2021 | Feb 19, 2021 | 5491 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Mar 06, 2020 | Mar 20, 2020 | 1340 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Mar 06, 2020 | Mar 20, 2020 | 3080 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Mar 01, 2020 | Mar 06, 2020 | 6650 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Feb 26, 2020 | Mar 06, 2020 | 2025 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Feb 25, 2020 | Apr 03, 2020 | 3895 | LS | RegularFlow | $100.00 | Debit complete (2) |
| Feb 24, 2020 | Mar 06, 2020 | 1183 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Feb 21, 2020 | Mar 06, 2020 | 9911 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Feb 15, 2020 | Feb 21, 2020 | 2351 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Feb 14, 2020 | Feb 21, 2020 | 2259 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Feb 13, 2020 | Feb 21, 2020 | 8946 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Feb 07, 2020 | Feb 21, 2020 | 8962 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Jan 28, 2020 | Feb 07, 2020 | 3988 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Jan 27, 2020 | Feb 07, 2020 | 90 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Dec 22, 2019 | Jan 03, 2020 | 3626 | LS | RegularFlow | $100.00 | Debit complete (1) |

| Date | ID | Type | Flow | Amount | Status |
|---|---|---|---|---|---|
| Dec 21, 2019 Jan 03, 2020 | 4632 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Dec 15, 2019 Dec 20, 2019 | 3674 | LS | RegularFlow | $50.00 | Debit complete (1) |
| Dec 14, 2019 Dec 20, 2019 | 2499 | LS | RegularFlow | $100.00 | Debit complete (1) |
| Nov 19, 2019 Nov 22, 2019 | 9587 | LS | RegularFlow | $92.00 | Debit complete (1) |
| Nov 19, 2019 Nov 22, 2019 | 8129 | LS | RegularFlow | $8.00 | Debit complete (1) |
| May 07, 2019 May 17, 2019 | 4003 | LS | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Apr 09, 2019 Apr 19, 2019 | 3437 | LS | RegularFlow | $50.00 $2.00 tip | Debit complete (1) |
| Apr 08, 2019 Apr 19, 2019 | 951 | LS | RegularFlow | $100.00 $4.00 tip | Debit complete (1) |