# EXHIBIT D

| Posted date | ID Last 4 | Method | Origin | Amount | Status |
|---|---|---|---|---|---|
| Sep 19, 2025 Oct 15, 2025 | 6448 | LS | PulledForwardRe | $50.00 $4.99 fee | Debit complete (3) |
| Sep 19, 2025 Sep 30, 2025 | 6417 | LS | RegularFlow | $150.00 $6.99 fee | Debit in progress (1) |
| Sep 16, 2025 Sep 30, 2025 | 9909 | LS | RegularFlow | $150.00 $6.99 fee | Debit in progress (13) |
| Aug 30, 2025 Sep 15, 2025 | 8117 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 29, 2025 Sep 15, 2025 | 1356 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 20, 2025 Aug 29, 2025 | 2139 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Aug 16, 2025 Aug 29, 2025 | 6899 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 04, 2025 Aug 15, 2025 | 242 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Aug 03, 2025 Aug 15, 2025 | 5998 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 31, 2025 Aug 15, 2025 | 1522 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 21, 2025 Jul 31, 2025 | 1112 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 17, 2025 Jul 31, 2025 | 5440 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 16, 2025 Jul 31, 2025 | 3786 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 09, 2025 Jul 15, 2025 | 8433 | LS | RegularFlow | $25.00 $3.99 fee | Debit complete (1) |
| Jun 16, 2025 Jul 15, 2025 | 4961 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Jun 15, 2025 Jul 15, 2025 | 5726 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 14, 2025 Jul 15, 2025 | 3961 | LS | RegularFlow | $100.00 $11.00 tip + $3.99 fee | Debit complete (1) |
| Jun 13, 2025 Jul 15, 2025 | 3053 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 02, 2025 Jun 13, 2025 | 4159 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 01, 2025 Jun 13, 2025 | 149 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 31, 2025 Jun 13, 2025 | 782 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 30, 2025 Jun 13, 2025 | 1034 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 20, 2025 May 30, 2025 | 3406 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| May 19, 2025 May 30, 2025 | 7443 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 18, 2025 May 30, 2025 | 5927 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 17, 2025 May 30, 2025 | 7459 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 16, 2025 May 30, 2025 | 8893 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 06, 2025 May 15, 2025 | 8958 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| May 05, 2025 May 15, 2025 | 3250 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| May 04, 2025 May 15, 2025 | 5536 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 03, 2025 May 15, 2025 | 7793 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 01, 2025 May 15, 2025 | 9752 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 30, 2025 May 15, 2025 | 5122 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 26, 2025 Apr 30, 2025 | 348 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 25, 2025 Apr 30, 2025 | 3755 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 21, 2025 Apr 30, 2025 | 6906 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 16, 2025 Apr 30, 2025 | 1407 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 04, 2025 Apr 15, 2025 | 8323 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 03, 2025 Apr 15, 2025 | 6457 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 02, 2025 Apr 15, 2025 | 2542 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |

| Date Range | Amount | Type | Fee | Status |
|---|---|---|---|---|
| Apr 01, 2025 Apr 15, 2025 | 8052 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 22, 2025 Mar 31, 2025 | 4228 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Mar 21, 2025 Mar 31, 2025 | 4473 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 20, 2025 Mar 31, 2025 | 3240 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 18, 2025 Mar 31, 2025 | 5852 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 06, 2025 Mar 14, 2025 | 4455 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Mar 04, 2025 Mar 14, 2025 | 486 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 01, 2025 Mar 14, 2025 | 3702 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 28, 2025 Mar 14, 2025 | 2550 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 23, 2025 Feb 28, 2025 | 6029 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Feb 22, 2025 Feb 28, 2025 | 9742 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 17, 2025 Feb 28, 2025 | 6344 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 13, 2025 Feb 14, 2025 | 3750 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Feb 13, 2025 Feb 14, 2025 | 3652 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Feb 10, 2025 Feb 14, 2025 | 7467 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 29, 2024 Dec 18, 2024 | 6218 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (3) |
| Nov 17, 2024 Nov 27, 2024 | 7237 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 05, 2024 Nov 15, 2024 | 8921 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 11, 2024 Oct 31, 2024 | 2487 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (2) |
| Oct 11, 2024 Oct 31, 2024 | 2402 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (2) |
| Aug 18, 2024 Aug 30, 2024 | 5370 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Aug 03, 2024 Aug 15, 2024 | 7641 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 20, 2024 Aug 15, 2024 | 6021 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (4) |
| Jul 19, 2024 Aug 01, 2024 | 8868 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 12, 2024 Jul 18, 2024 | 6668 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 11, 2024 Jul 18, 2024 | 8578 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 04, 2024 Jul 11, 2024 | 2498 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 03, 2024 Jul 11, 2024 | 5577 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 29, 2024 Jul 03, 2024 | 970 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Jun 28, 2024 Jul 03, 2024 | 1932 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 27, 2024 Jul 03, 2024 | 1354 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 23, 2024 Jun 27, 2024 | 6234 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 21, 2024 Jun 27, 2024 | 9155 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 20, 2024 Jun 27, 2024 | 6400 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 16, 2024 Jun 20, 2024 | 6787 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Jun 15, 2024 Jun 20, 2024 | 717 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 14, 2024 Jun 20, 2024 | 9153 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 13, 2024 Jun 20, 2024 | 2667 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 09, 2024 Jun 13, 2024 | 9386 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 08, 2024 Jun 13, 2024 | 6677 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 07, 2024 Jun 13, 2024 | 1562 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 01, 2024 Jun 06, 2024 | 1081 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 31, 2024 Jun 06, 2024 | 6875 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 30, 2024 Jun 06, 2024 | 5468 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 25, 2024 May 30, 2024 | 86 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |

| Date | ID | Type | Amount | Status |
|---|---|---|---|---|
| May 24, 2024  May 30, 2024 | 5811 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 23, 2024  May 30, 2024 | 7440 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 18, 2024  May 23, 2024 | 4330 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| May 17, 2024  May 23, 2024 | 7906 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 16, 2024  May 23, 2024 | 6119 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 10, 2024  May 16, 2024 | 821 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 09, 2024  May 16, 2024 | 9570 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 03, 2024  May 09, 2024 | 8608 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 02, 2024  May 09, 2024 | 4149 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 27, 2024  May 02, 2024 | 922 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Apr 26, 2024  May 02, 2024 | 3351 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 25, 2024  May 02, 2024 | 5895 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 21, 2024  Apr 25, 2024 | 2343 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 20, 2024  Apr 25, 2024 | 4593 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 19, 2024  Apr 25, 2024 | 8216 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 14, 2024  Apr 18, 2024 | 5151 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Apr 13, 2024  Apr 18, 2024 | 2141 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 12, 2024  Apr 18, 2024 | 3153 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 11, 2024  Apr 18, 2024 | 9529 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 07, 2024  Apr 11, 2024 | 9256 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 06, 2024  Apr 11, 2024 | 4781 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 05, 2024  Apr 11, 2024 | 6906 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 04, 2024  Apr 11, 2024 | 8766 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 31, 2024  Apr 04, 2024 | 3736 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 30, 2024  Apr 04, 2024 | 8882 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 29, 2024  Apr 04, 2024 | 738 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 28, 2024  Apr 04, 2024 | 7521 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 25, 2024  Mar 28, 2024 | 6757 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 23, 2024  Mar 28, 2024 | 7493 LS | BalanceShield | $100.00 | Debit complete (1) |
| Mar 22, 2024  Mar 28, 2024 | 4217 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 21, 2024  Mar 28, 2024 | 1789 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 18, 2024  Mar 21, 2024 | 2080 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Mar 17, 2024  Mar 21, 2024 | 3230 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 16, 2024  Mar 21, 2024 | 1205 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 15, 2024  Mar 21, 2024 | 2566 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 14, 2024  Mar 21, 2024 | 231 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 10, 2024  Mar 14, 2024 | 5735 LS | BalanceShield | $100.00 | Debit complete (1) |
| Mar 09, 2024  Mar 14, 2024 | 9148 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 08, 2024  Mar 14, 2024 | 9691 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 07, 2024  Mar 14, 2024 | 5104 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 04, 2024  Mar 07, 2024 | 6244 LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Mar 03, 2024  Mar 07, 2024 | 4592 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 02, 2024  Mar 07, 2024 | 9727 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 01, 2024  Mar 07, 2024 | 9374 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 28, 2024  Feb 29, 2024 | 2934 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |

| Date | Amount | Type | Fee | Status |
|---|---|---|---|---|
| Feb 27, 2024 Feb 29, 2024 | 1943 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 26, 2024 Feb 29, 2024 | 6824 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 17, 2024 Feb 22, 2024 | 7751 LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Feb 16, 2024 Feb 22, 2024 | 1854 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 15, 2024 Feb 22, 2024 | 9525 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 09, 2024 Feb 15, 2024 | 6130 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 08, 2024 Feb 15, 2024 | 7588 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 02, 2024 Feb 08, 2024 | 4000 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 01, 2024 Feb 08, 2024 | 5943 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 26, 2024 Feb 01, 2024 | 8853 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 25, 2024 Feb 01, 2024 | 7702 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 19, 2024 Jan 25, 2024 | 4896 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 18, 2024 Jan 25, 2024 | 3305 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 12, 2024 Jan 18, 2024 | 5621 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 11, 2024 Jan 18, 2024 | 3889 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 05, 2024 Jan 11, 2024 | 4794 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 04, 2024 Jan 11, 2024 | 7062 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 29, 2023 Jan 04, 2024 | 4951 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 28, 2023 Jan 04, 2024 | 3946 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 22, 2023 Dec 28, 2023 | 1721 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 21, 2023 Dec 28, 2023 | 4470 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 15, 2023 Dec 21, 2023 | 7074 LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Dec 14, 2023 Dec 21, 2023 | 2838 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 08, 2023 Dec 14, 2023 | 5239 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 07, 2023 Dec 14, 2023 | 7043 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 01, 2023 Dec 07, 2023 | 4128 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 30, 2023 Dec 07, 2023 | 4486 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 24, 2023 Nov 30, 2023 | 5863 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 22, 2023 Nov 30, 2023 | 1587 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 17, 2023 Nov 22, 2023 | 7802 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 09, 2023 Nov 16, 2023 | 607 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 02, 2023 Nov 09, 2023 | 2518 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 26, 2023 Nov 02, 2023 | 7867 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 19, 2023 Oct 26, 2023 | 6150 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 12, 2023 Oct 19, 2023 | 9175 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (2) |
| Oct 05, 2023 Oct 12, 2023 | 9498 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 29, 2023 Oct 05, 2023 | 4524 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 21, 2023 Sep 28, 2023 | 6996 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 16, 2023 Sep 21, 2023 | 8815 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (2) |
| Sep 07, 2023 Sep 14, 2023 | 8518 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 01, 2023 Sep 07, 2023 | 5448 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 24, 2023 Aug 31, 2023 | 2760 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 18, 2023 Aug 24, 2023 | 7893 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (2) |
| Aug 11, 2023 Aug 17, 2023 | 8614 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (2) |
| Aug 03, 2023 Aug 10, 2023 | 6811 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |

| Date Range | Amount | Type | Fee | Status |
|---|---|---|---|---|
| Jul 27, 2023 Aug 03, 2023 | 3108 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (2) |
| Jun 17, 2023 Jun 21, 2023 | 3623 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 08, 2023 Jun 14, 2023 | 728 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 30, 2023 Jun 07, 2023 | 7414 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 05, 2023 May 10, 2023 | 9899 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 28, 2023 May 03, 2023 | 8349 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 20, 2023 Apr 26, 2023 | 2486 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (2) |
| Apr 15, 2023 Apr 19, 2023 | 4844 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 09, 2023 Apr 12, 2023 | 6218 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 29, 2023 Apr 05, 2023 | 4474 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 16, 2023 Mar 22, 2023 | 6804 LS | RegularFlow | $50.00 $2.99 fee | Debit complete (2) |
| Mar 02, 2023 Mar 08, 2023 | 4853 LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Feb 21, 2023 Mar 01, 2023 | 1545 LS | RegularFlow | $50.00 $2.99 fee | Debit complete (2) |
| Feb 02, 2023 Feb 08, 2023 | 7399 LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Jan 28, 2023 Feb 02, 2023 | 556 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (6) |
| Jan 20, 2023 Jan 25, 2023 | 9504 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (6) |
| Jan 14, 2023 Jan 18, 2023 | 6424 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 08, 2023 Jan 11, 2023 | 5408 LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 14, 2022 Dec 20, 2022 | 1443 LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Dec 07, 2022 Dec 13, 2022 | 4255 LS | RegularFlow | $50.00 | Debit complete (2) |
| Jun 08, 2022 Jul 07, 2022 | 2614 LS | FunnelFlow | $100.00 | Debit complete (2) |