# EXHIBIT E

| Posted date | ID Last 4 | Method | Origin | Amount | Status |
|---|---|---|---|---|---|
| Sep 05, 2025 | 9778 | LS | RegularFlow | $150.00$6.99 fee | Debit failed |
| Sep 06, 2025 | 658 | LS | RegularFlow | $150.00$6.99 fee | Debit failed |
| Sep 07, 2025 | 9271 | LS | RegularFlow | $150.00$6.99 fee | Debit failed |
| Sep 08, 2025 | 6415 | LS | RegularFlow | $150.00$6.99 fee | Debit failed |
| Sep 09, 2025 | 2968 | LS | RegularFlow | $150.00$6.99 fee | Debit failed |
| Sep 10, 2025 | 2338 | LS | RegularFlow | $100.00$6.99 fee | Debit failed |
| Apr 03, 2023Apr 07, 2023 | 8261 | LS | RegularFlow | $50.00$4.00 tip + $2.99 fee | Debit complete (2) |
| Apr 04, 2025Apr 18, 2025 | 1250 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Apr 05, 2024Apr 19, 2024 | 1900 | LS | RegularFlow | $100.00$1.00 tip + $3.99 fee | Debit complete (1) |
| Apr 05, 2025Apr 18, 2025 | 8433 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Apr 06, 2024Apr 19, 2024 | 9996 | LS | RegularFlow | $100.00$2.00 tip + $3.99 fee | Debit complete (1) |
| Apr 07, 2024Apr 19, 2024 | 1018 | LS | RegularFlow | $100.00$3.00 tip + $3.99 fee | Debit complete (1) |
| Apr 08, 2024Apr 19, 2024 | 1378 | LS | RegularFlow | $100.00$3.00 tip + $3.99 fee | Debit complete (1) |
| Apr 08, 2025Apr 18, 2025 | 3383 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Apr 09, 2023Apr 21, 2023 | 5455 | LS | RegularFlow | $50.00$4.00 tip + $2.99 fee | Debit complete (2) |
| Apr 09, 2024Apr 19, 2024 | 9696 | LS | RegularFlow | $100.00$2.00 tip + $3.99 fee | Debit complete (1) |
| Apr 09, 2025Apr 18, 2025 | 3834 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Apr 10, 2022Apr 22, 2022 | 45 | LS | RegularFlow | $100.00$8.50 tip + $3.99 fee | Debit complete (1) |
| Apr 10, 2024Apr 19, 2024 | 6831 | LS | RegularFlow | $100.00$2.00 tip + $3.99 fee | Debit complete (1) |
| Apr 10, 2025Apr 18, 2025 | 3947 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Apr 11, 2024Apr 19, 2024 | 9236 | LS | RegularFlow | $100.00$1.00 tip + $3.99 fee | Debit complete (1) |
| Apr 11, 2025Apr 18, 2025 | 4896 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Apr 12, 2024Apr 19, 2024 | 506 | LS | RegularFlow | $50.00$1.00 tip + $2.99 fee | Debit complete (1) |
| Apr 18, 2021Apr 26, 2021 | 7664 | LS | RegularFlow | $100.00$10.00 tip | Debit complete (3) |
| Apr 18, 2025May 02, 2025 | 8837 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Apr 19, 2025May 02, 2025 | 1895 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Apr 20, 2024May 03, 2024 | 9483 | LS | RegularFlow | $100.00$2.00 tip + $3.99 fee | Debit complete (1) |
| Apr 20, 2025May 02, 2025 | 8392 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Apr 21, 2024May 03, 2024 | 4893 | LS | RegularFlow | $100.00$1.00 tip + $3.99 fee | Debit complete (1) |
| Apr 22, 2023May 08, 2023 | 6399 | LS | RegularFlow | $50.00$4.00 tip + $2.99 fee | Debit complete (7) |
| Apr 22, 2024May 03, 2024 | 2470 | LS | RegularFlow | $100.00$2.00 tip + $3.99 fee | Debit complete (1) |
| Apr 23, 2024May 03, 2024 | 3004 | LS | RegularFlow | $100.00$2.00 tip + $3.99 fee | Debit complete (1) |
| Apr 24, 2024May 03, 2024 | 5218 | LS | RegularFlow | $100.00$2.00 tip + $3.99 fee | Debit complete (1) |
| Apr 24, 2025May 02, 2025 | 2528 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Apr 25, 2024May 03, 2024 | 798 | LS | RegularFlow | $100.00$2.00 tip + $3.99 fee | Debit complete (1) |

| Date | ID | Type | Flow | Amount | Status |
|---|---|---|---|---|---|
| Apr 25, 2025 May 02, 2025 | 7345 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 26, 2022 May 06, 2022 | 5406 | LS | RegularFlow | $100.00 $8.50 tip + $3.99 fee | Debit complete (1) |
| Apr 26, 2024 May 03, 2024 | 3943 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Apr 26, 2025 May 02, 2025 | 5045 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Apr 27, 2024 May 03, 2024 | 3607 | LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Aug 01, 2025 Aug 08, 2025 | 5725 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 02, 2025 Aug 08, 2025 | 8590 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 03, 2025 Aug 08, 2025 | 5430 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 06, 2025 Aug 08, 2025 | 1633 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Aug 08, 2025 Aug 22, 2025 | 6088 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 09, 2025 Aug 22, 2025 | 1620 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 10, 2025 Aug 22, 2025 | 7958 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 11, 2025 Aug 22, 2025 | 9257 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 12, 2023 Aug 25, 2023 | 6429 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Aug 12, 2024 Aug 23, 2024 | 8518 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Aug 12, 2025 Aug 22, 2025 | 2364 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 13, 2024 Aug 23, 2024 | 2088 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 13, 2025 Aug 22, 2025 | 5470 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 14, 2023 Aug 25, 2023 | 6061 | LS | RegularFlow | $50.00 $4.00 tip | Debit complete (1) |
| Aug 14, 2024 Aug 23, 2024 | 2103 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 14, 2025 Aug 22, 2025 | 1542 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 15, 2022 Aug 26, 2022 | 2302 | LS | RegularFlow | $100.00 $8.50 tip + $3.99 fee | Debit complete (2) |
| Aug 15, 2024 Aug 23, 2024 | 1966 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 16, 2021 Aug 16, 2021 | 439 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Aug 16, 2024 Aug 23, 2024 | 7688 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 22, 2025 Sep 05, 2025 | 8971 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 23, 2025 Sep 05, 2025 | 5588 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 25, 2023 Sep 08, 2023 | 4393 | LS | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Aug 25, 2024 Sep 06, 2024 | 1918 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 25, 2025 Sep 05, 2025 | 5199 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 25, 2025 Sep 05, 2025 | 9444 | ACH | RegularFlow | $150.00 | Debit complete (1) |
| Aug 26, 2023 Sep 08, 2023 | 9264 | LS | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Aug 26, 2025 Sep 05, 2025 | 7443 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 27, 2023 Sep 08, 2023 | 511 | LS | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Aug 27, 2024 Sep 06, 2024 | 485 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 27, 2025 Sep 05, 2025 | 7819 | LS | RegularFlow | $150.00 $6.99 fee | Debit complete (1) |
| Aug 28, 2023 Sep 08, 2023 | 158 | LS | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Aug 28, 2024 Sep 06, 2024 | 582 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Aug 29, 2023 Sep 08, 2023 | 5759 | LS | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Aug 30, 2023 Sep 08, 2023 | 2923 | LS | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |

| Date Range | ID | Type | Flow | Amount | Status |
|---|---|---|---|---|---|
| Aug 31, 2022 Sep 09, 2022 | 167 | LS | RegularFlow | $100.00 $8.50 tip + $3.99 fee | Debit complete (1) |
| Aug 31, 2023 Sep 08, 2023 | 2950 | LS | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Dec 01, 2023 Dec 15, 2023 | 6746 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Dec 01, 2024 Dec 13, 2024 | 9089 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 02, 2022 Dec 16, 2022 | 7004 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 02, 2023 Dec 15, 2023 | 7705 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Dec 02, 2024 Dec 13, 2024 | 32 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 03, 2021 Dec 03, 2021 | 2072 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 03, 2022 Dec 16, 2022 | 5197 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 03, 2024 Dec 13, 2024 | 3469 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 04, 2022 Dec 16, 2022 | 4037 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 04, 2023 Dec 15, 2023 | 1829 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 04, 2023 Dec 15, 2023 | 361 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Dec 05, 2022 Dec 16, 2022 | 3141 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 05, 2024 Dec 13, 2024 | 5015 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Dec 06, 2022 Dec 16, 2022 | 1501 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 07, 2022 Dec 16, 2022 | 4251 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 08, 2022 Dec 16, 2022 | 1032 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 08, 2023 Dec 15, 2023 | 7136 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Dec 09, 2022 Dec 16, 2022 | 4611 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 09, 2023 Dec 15, 2023 | 6760 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Dec 10, 2022 Dec 16, 2022 | 223 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 10, 2023 Dec 15, 2023 | 4524 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Dec 11, 2022 Dec 16, 2022 | 7912 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 11, 2023 Dec 15, 2023 | 3315 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Dec 13, 2023 Dec 15, 2023 | 6349 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Dec 13, 2024 Dec 27, 2024 | 4546 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 14, 2024 Dec 27, 2024 | 638 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 15, 2024 Dec 27, 2024 | 1905 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 17, 2022 Jan 03, 2023 | 1620 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 17, 2024 Dec 27, 2024 | 1786 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 18, 2022 Jan 03, 2023 | 8441 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 18, 2024 Dec 27, 2024 | 2327 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 19, 2022 Jan 03, 2023 | 3742 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 20, 2022 Jan 03, 2023 | 673 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 21, 2022 Jan 03, 2023 | 3208 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 22, 2022 Jan 03, 2023 | 6551 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 23, 2022 Jan 13, 2023 | 9856 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (4) |
| Dec 24, 2021 Dec 24, 2021 | 2105 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Dec 24, 2023 Dec 29, 2023 | 943 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |

| Date Range | ID | Type | Flow | Amount | Status |
|---|---|---|---|---|---|
| Dec 24, 2024 Dec 27, 2024 | 2414 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Dec 28, 2024 Jan 10, 2025 | 4991 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 29, 2023 Jan 12, 2024 | 7838 | ACH | RegularFlow | $100.00 $1.00 tip | Debit complete (1) |
| Dec 29, 2024 Jan 10, 2025 | 4650 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 30, 2023 Jan 12, 2024 | 3964 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Dec 30, 2024 Jan 10, 2025 | 5582 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Dec 31, 2024 Jan 10, 2025 | 9029 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 01, 2024 Feb 09, 2024 | 109 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Feb 02, 2024 Feb 09, 2024 | 3065 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Feb 03, 2024 Feb 09, 2024 | 1568 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Feb 09, 2024 Feb 23, 2024 | 5704 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Feb 09, 2025 Feb 21, 2025 | 6351 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 10, 2024 Feb 23, 2024 | 3825 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Feb 10, 2025 Feb 21, 2025 | 269 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 11, 2024 Feb 23, 2024 | 4144 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Feb 11, 2025 Feb 21, 2025 | 6526 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 12, 2024 Feb 23, 2024 | 9392 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Feb 12, 2025 Feb 21, 2025 | 8711 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 13, 2022 Feb 25, 2022 | 9902 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Feb 13, 2024 Feb 23, 2024 | 3137 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Feb 13, 2025 Feb 21, 2025 | 6309 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 14, 2025 Feb 21, 2025 | 1540 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Feb 16, 2024 Feb 23, 2024 | 2373 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Feb 17, 2024 Feb 23, 2024 | 184 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Feb 18, 2024 Feb 23, 2024 | 4142 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 21, 2024 Feb 23, 2024 | 352 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Feb 21, 2025 Mar 07, 2025 | 9185 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 22, 2024 Mar 08, 2024 | 4931 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Feb 22, 2025 Mar 07, 2025 | 250 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 23, 2024 Mar 08, 2024 | 9189 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Feb 23, 2025 Mar 07, 2025 | 1009 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 24, 2023 Mar 10, 2023 | 558 | LS | RegularFlow | $50.00 $4.00 tip + $2.99 fee | Debit complete (1) |
| Feb 24, 2024 Mar 08, 2024 | 1560 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Feb 24, 2025 Mar 07, 2025 | 8998 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 25, 2024 Mar 08, 2024 | 9534 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Feb 25, 2025 Mar 07, 2025 | 2600 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Feb 26, 2024 Mar 08, 2024 | 8133 | LS | RegularFlow | $100.00 $4.00 tip + $3.99 fee | Debit complete (1) |
| Feb 26, 2025 Mar 07, 2025 | 6774 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Feb 27, 2022 Mar 11, 2022 | 1572 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Jan 02, 2025 Jan 10, 2025 | 7014 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |

| Date | Posted | Acct | Method | Type | Amount | Status |
|---|---|---|---|---|---|---|
| Jan 03, 2025 | Jan 10, 2025 | 7313 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Jan 05, 2022 | Jan 05, 2022 | 8748 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Jan 05, 2024 | Jan 12, 2024 | 8128 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Jan 06, 2024 | Jan 12, 2024 | 8718 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Jan 08, 2024 | Jan 12, 2024 | 5964 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Jan 08, 2024 | Jan 12, 2024 | 7952 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Jan 09, 2024 | Jan 12, 2024 | 1825 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Jan 10, 2024 | Jan 12, 2024 | 3422 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Jan 10, 2025 | Jan 24, 2025 | 6790 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 11, 2019 | Jan 17, 2019 | 3127 | LS | RegularFlow | $100.00 $10.00 tip | Debit complete (1) |
| Jan 11, 2025 | Jan 24, 2025 | 7266 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 12, 2024 | Jan 26, 2024 | 1593 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Jan 12, 2025 | Jan 24, 2025 | 1931 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 13, 2024 | Jan 26, 2024 | 8105 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Jan 13, 2025 | Jan 24, 2025 | 8374 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 14, 2024 | Jan 26, 2024 | 6217 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Jan 14, 2025 | Jan 24, 2025 | 2848 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 15, 2023 | Jan 27, 2023 | 7417 | LS | RegularFlow | $100.00 $6.00 tip + $3.99 fee | Debit complete (2) |
| Jan 15, 2024 | Jan 26, 2024 | 1083 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Jan 15, 2025 | Jan 24, 2025 | 5222 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 16, 2023 | Jan 27, 2023 | 5232 | LS | RegularFlow | $100.00 $6.00 tip + $3.99 fee | Debit complete (2) |
| Jan 16, 2024 | Jan 26, 2024 | 5829 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Jan 17, 2022 | Jan 28, 2022 | 8995 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Jan 17, 2024 | Jan 26, 2024 | 8115 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Jan 18, 2023 | Jan 27, 2023 | 1787 | LS | RegularFlow | $100.00 $6.00 tip + $3.99 fee | Debit complete (2) |
| Jan 18, 2024 | Jan 26, 2024 | 2251 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Jan 19, 2023 | Jan 27, 2023 | 96 | LS | RegularFlow | $100.00 $6.00 tip + $3.99 fee | Debit complete (2) |
| Jan 19, 2024 | Jan 26, 2024 | 9872 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Jan 20, 2024 | Jan 26, 2024 | 9151 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Jan 21, 2024 | Jan 26, 2024 | 254 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 22, 2023 | Jan 27, 2023 | 4884 | LS | RegularFlow | $100.00 $6.00 tip + $3.99 fee | Debit complete (2) |
| Jan 24, 2025 | Feb 07, 2025 | 350 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 25, 2025 | Feb 07, 2025 | 4356 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 26, 2024 | Feb 09, 2024 | 361 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Jan 26, 2025 | Feb 07, 2025 | 1349 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 27, 2025 | Feb 07, 2025 | 5138 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 28, 2025 | Feb 07, 2025 | 1675 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jan 29, 2024 | Feb 09, 2024 | 8948 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Jan 29, 2024 | Feb 09, 2024 | 1430 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Jan 29, 2025 | Feb 07, 2025 | 3228 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |

| Date | Acct | Type | Flow | Amount | Status |
|---|---|---|---|---|---|
| Jan 30, 2023Feb 10, 2023 | 8243 | LS | RegularFlow | $50.00$4.00 tip + $2.99 fee | Debit complete (2) |
| Jan 30, 2024Feb 09, 2024 | 8541 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jan 31, 2022Feb 11, 2022 | 3079 | LS | RegularFlow | $100.00$6.00 tip | Debit complete (1) |
| Jan 31, 2024Feb 09, 2024 | 7290 | LS | RegularFlow | $100.00$2.00 tip + $3.99 fee | Debit complete (1) |
| Jul 01, 2024Jul 12, 2024 | 5719 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Jul 01, 2025Jul 11, 2025 | 9956 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 02, 2022Jul 15, 2022 | 3233 | LS | RegularFlow | $100.00$8.50 tip + $3.99 fee | Debit complete (1) |
| Jul 02, 2025Jul 11, 2025 | 8356 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 03, 2023Jul 14, 2023 | 8932 | LS | RegularFlow | $50.00$5.50 tip + $2.99 fee | Debit complete (1) |
| Jul 03, 2025Jul 11, 2025 | 3155 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 04, 2021Jul 04, 2021 | 413 | LS | RegularFlow | $100.00$6.00 tip | Debit complete (1) |
| Jul 04, 2025Jul 11, 2025 | 9205 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 05, 2025Jul 11, 2025 | 7072 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 06, 2025Jul 11, 2025 | 3816 | LS | RegularFlow | $50.00$3.99 fee | Debit complete (1) |
| Jul 11, 2025Jul 25, 2025 | 2088 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 12, 2025Jul 25, 2025 | 8584 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 13, 2024Jul 26, 2024 | 8243 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 13, 2025Jul 25, 2025 | 7452 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 14, 2023Jul 28, 2023 | 773 | LS | RegularFlow | $50.00$5.50 tip + $2.99 fee | Debit complete (1) |
| Jul 14, 2025Jul 25, 2025 | 9454 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 15, 2024Jul 26, 2024 | 4751 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 15, 2024Jul 26, 2024 | 4884 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Jul 15, 2025Jul 25, 2025 | 2351 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 16, 2022Jul 29, 2022 | 9215 | LS | RegularFlow | $100.00$8.50 tip + $3.99 fee | Debit complete (1) |
| Jul 16, 2024Jul 26, 2024 | 4289 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 16, 2025Jul 25, 2025 | 8393 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 17, 2025Jul 25, 2025 | 9399 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 18, 2025Jul 25, 2025 | 4737 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 19, 2025Jul 25, 2025 | 5490 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 22, 2024Jul 26, 2024 | 6662 | LS | RegularFlow | $50.00$3.99 fee | Debit complete (1) |
| Jul 25, 2025Aug 08, 2025 | 6504 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 26, 2024Aug 09, 2024 | 4400 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 26, 2025Aug 08, 2025 | 7030 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 27, 2024Aug 09, 2024 | 1774 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 27, 2025Aug 08, 2025 | 2617 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 28, 2023Aug 11, 2023 | 68 | LS | RegularFlow | $50.00$5.50 tip + $2.99 fee | Debit complete (1) |
| Jul 28, 2024Aug 09, 2024 | 8547 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 28, 2025Aug 08, 2025 | 7290 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |
| Jul 29, 2022Aug 12, 2022 | 4076 | LS | RegularFlow | $100.00$8.50 tip + $3.99 fee | Debit complete (1) |
| Jul 29, 2024Aug 09, 2024 | 88 | LS | RegularFlow | $100.00$3.99 fee | Debit complete (1) |

| Date 1 | Date 2 | Num | Type | Flow | Amount | Status |
|---|---|---|---|---|---|---|
| Jul 29, 2025 | Aug 08, 2025 | 1058 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 30, 2024 | Aug 09, 2024 | 667 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 30, 2025 | Aug 08, 2025 | 9604 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jul 31, 2024 | Aug 09, 2024 | 2062 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Jun 01, 2024 | Jun 14, 2024 | 1532 | LS | RegularFlow | $100.00 $2.99 fee | Debit complete (1) |
| Jun 01, 2025 | Jun 13, 2025 | 8548 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 02, 2024 | Jun 14, 2024 | 2710 | LS | RegularFlow | $100.00 $2.99 fee | Debit complete (1) |
| Jun 02, 2025 | Jun 13, 2025 | 5503 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 03, 2024 | Jun 14, 2024 | 6967 | LS | RegularFlow | $100.00 $2.00 tip + $2.99 fee | Debit complete (1) |
| Jun 03, 2025 | Jun 13, 2025 | 6108 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 04, 2024 | Jun 14, 2024 | 7353 | LS | RegularFlow | $100.00 $2.99 fee | Debit complete (1) |
| Jun 06, 2024 | Jun 14, 2024 | 1582 | LS | RegularFlow | $100.00 $2.99 fee | Debit complete (1) |
| Jun 06, 2025 | Jun 13, 2025 | 4346 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 07, 2022 | Jun 17, 2022 | 5048 | LS | RegularFlow | $100.00 $8.50 tip + $3.99 fee | Debit complete (1) |
| Jun 07, 2024 | Jun 14, 2024 | 3521 | LS | RegularFlow | $100.00 $2.99 fee | Debit complete (1) |
| Jun 08, 2021 | Jun 08, 2021 | 9034 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Jun 10, 2024 | Jun 14, 2024 | 6256 | LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Jun 10, 2025 | Jun 13, 2025 | 1728 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 13, 2025 | Jun 27, 2025 | 7447 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 14, 2025 | Jun 27, 2025 | 5374 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 15, 2024 | Jun 28, 2024 | 779 | LS | RegularFlow | $100.00 $2.99 fee | Debit complete (1) |
| Jun 15, 2025 | Jun 27, 2025 | 5669 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 16, 2024 | Jun 28, 2024 | 5790 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 16, 2025 | Jun 27, 2025 | 6433 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 17, 2024 | Jun 28, 2024 | 4593 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 17, 2024 | Jun 28, 2024 | 7817 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Jun 18, 2024 | Jun 28, 2024 | 8542 | LS | RegularFlow | $50.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Jun 19, 2021 | Jun 19, 2021 | 3566 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Jun 19, 2025 | Jun 27, 2025 | 9007 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 20, 2025 | Jun 27, 2025 | 977 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 21, 2025 | Jun 27, 2025 | 8667 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 22, 2022 | Jul 01, 2022 | 4992 | LS | RegularFlow | $100.00 $8.50 tip + $3.99 fee | Debit complete (1) |
| Jun 22, 2025 | Jun 27, 2025 | 9448 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 27, 2021 | Jun 27, 2021 | 8705 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Jun 27, 2025 | Jul 11, 2025 | 1456 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 28, 2024 | Jul 12, 2024 | 4370 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Jun 28, 2025 | Jul 11, 2025 | 8003 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 29, 2024 | Jul 12, 2024 | 3235 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Jun 30, 2024 | Jul 12, 2024 | 5616 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Jun 30, 2025 | Jul 11, 2025 | 9254 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |

| Date | Number | Type | Flow | Amount | Status |
|---|---|---|---|---|---|
| Mar 03, 2024 Mar 08, 2024 | 8404 | LS | RegularFlow | $50.00 $2.99 fee | Debit complete (1) |
| Mar 07, 2025 Mar 21, 2025 | 1031 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 08, 2025 Mar 21, 2025 | 4181 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 09, 2024 Mar 22, 2024 | 5340 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Mar 09, 2025 Mar 21, 2025 | 2430 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 10, 2024 Mar 22, 2024 | 5659 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Mar 10, 2025 Mar 21, 2025 | 3572 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 11, 2024 Mar 22, 2024 | 3312 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Mar 11, 2025 Mar 21, 2025 | 7607 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 12, 2024 Mar 22, 2024 | 9706 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Mar 13, 2024 Mar 22, 2024 | 9708 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Mar 14, 2022 Mar 25, 2022 | 2853 | LS | RegularFlow | $100.00 $8.50 tip | Debit complete (1) |
| Mar 14, 2024 Mar 22, 2024 | 436 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Mar 16, 2024 Mar 22, 2024 | 2620 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Mar 17, 2024 Mar 22, 2024 | 7870 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Mar 21, 2025 Apr 04, 2025 | 9873 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 22, 2024 Apr 05, 2024 | 1357 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Mar 22, 2025 Apr 04, 2025 | 7121 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 23, 2025 Apr 04, 2025 | 4764 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 24, 2024 Apr 05, 2024 | 7744 | LS | RegularFlow | $100.00 $2.50 tip + $3.99 fee | Debit complete (1) |
| Mar 24, 2025 Apr 04, 2025 | 8150 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 25, 2024 Apr 05, 2024 | 2292 | ACH | RegularFlow | $100.00 $1.00 tip | Debit complete (1) |
| Mar 25, 2024 Apr 05, 2024 | 1944 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Mar 25, 2025 Apr 04, 2025 | 263 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Mar 26, 2024 Apr 05, 2024 | 4921 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Mar 26, 2025 Apr 04, 2025 | 6723 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Mar 27, 2024 Apr 05, 2024 | 9711 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Mar 28, 2024 Apr 05, 2024 | 6398 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Mar 29, 2022 Apr 08, 2022 | 8722 | LS | RegularFlow | $100.00 $8.50 tip + $3.99 fee | Debit complete (1) |
| Mar 29, 2024 Apr 05, 2024 | 3631 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| May 03, 2024 May 17, 2024 | 8716 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| May 04, 2021 May 04, 2021 | 2735 | LS | RegularFlow | $100.00 $10.00 tip | Debit complete (1) |
| May 05, 2024 May 17, 2024 | 4262 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| May 05, 2025 May 16, 2025 | 7528 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 06, 2024 May 17, 2024 | 5896 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| May 06, 2024 May 17, 2024 | 7077 | ACH | RegularFlow | $100.00 $3.00 tip | Debit complete (1) |
| May 07, 2024 May 17, 2024 | 3353 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| May 07, 2025 May 16, 2025 | 7976 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 08, 2024 May 17, 2024 | 8817 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| May 09, 2024 May 17, 2024 | 8402 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |

| Date | ID | Type | Flow | Amount | Status |
|---|---|---|---|---|---|
| May 09, 2025 May 16, 2025 | 9672 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 10, 2024 May 17, 2024 | 9521 | LS | RegularFlow | $100.00 $3.00 tip + $3.99 fee | Debit complete (1) |
| May 10, 2025 May 16, 2025 | 9265 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 12, 2025 May 16, 2025 | 4741 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 13, 2022 May 20, 2022 | 1860 | LS | RegularFlow | $100.00 $8.50 tip + $3.99 fee | Debit complete (1) |
| May 13, 2025 May 16, 2025 | 957 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 16, 2025 May 30, 2025 | 387 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 17, 2024 May 31, 2024 | 764 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| May 18, 2024 May 31, 2024 | 5650 | LS | RegularFlow | $100.00 $3.00 tip + $3.99 fee | Debit complete (1) |
| May 19, 2024 May 31, 2024 | 1283 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| May 19, 2025 May 30, 2025 | 1160 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 20, 2024 May 31, 2024 | 8049 | ACH | RegularFlow | $100.00 $4.00 tip | Debit complete (1) |
| May 20, 2025 May 30, 2025 | 1540 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 21, 2022 Jun 03, 2022 | 3662 | LS | RegularFlow | $100.00 $8.50 tip + $3.99 fee | Debit complete (1) |
| May 21, 2024 May 31, 2024 | 92 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| May 22, 2021 May 22, 2021 | 1939 | LS | RegularFlow | $100.00 $10.00 tip | Debit complete (1) |
| May 22, 2024 May 31, 2024 | 8501 | LS | RegularFlow | $100.00 $3.00 tip + $3.99 fee | Debit complete (1) |
| May 23, 2024 May 31, 2024 | 9159 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| May 23, 2025 May 30, 2025 | 2387 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 24, 2024 May 31, 2024 | 6911 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| May 24, 2025 May 30, 2025 | 3084 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 25, 2025 May 30, 2025 | 9102 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 26, 2025 May 30, 2025 | 1766 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 30, 2025 Jun 13, 2025 | 2699 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| May 31, 2024 Jun 14, 2024 | 7019 | LS | RegularFlow | $100.00 $2.99 fee | Debit complete (1) |
| May 31, 2025 Jun 13, 2025 | 7857 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 01, 2024 Nov 15, 2024 | 4821 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 02, 2024 Nov 15, 2024 | 498 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 03, 2022 Nov 04, 2022 | 9526 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 03, 2023 Nov 17, 2023 | 8261 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Nov 03, 2024 Nov 15, 2024 | 4261 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 04, 2023 Nov 17, 2023 | 7110 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Nov 05, 2023 Nov 17, 2023 | 9242 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Nov 05, 2024 Nov 15, 2024 | 4454 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 06, 2021 Nov 06, 2021 | 2560 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 06, 2022 Nov 18, 2022 | 4708 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 07, 2022 Nov 18, 2022 | 9280 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 08, 2022 Nov 18, 2022 | 823 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 09, 2022 Nov 18, 2022 | 6160 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 10, 2022 Nov 18, 2022 | 8794 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |

| Date | Posted | ID | Type | Flow | Amount | Status |
|---|---|---|---|---|---|---|
| Nov 12, 2022 | Nov 18, 2022 | 652 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 14, 2022 | Nov 18, 2022 | 2250 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 15, 2022 | Nov 18, 2022 | 488 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 18, 2022 | Dec 02, 2022 | 557 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 18, 2024 | Nov 29, 2024 | 4500 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 19, 2021 | Nov 19, 2021 | 9666 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 19, 2024 | Nov 29, 2024 | 1177 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 20, 2023 | Dec 01, 2023 | 5479 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Nov 20, 2023 | Dec 01, 2023 | 8978 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Nov 20, 2023 | Dec 01, 2023 | 4286 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Nov 21, 2022 | Dec 02, 2022 | 9961 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 21, 2023 | Dec 01, 2023 | 5958 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Nov 22, 2022 | Dec 02, 2022 | 2077 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 22, 2023 | Dec 01, 2023 | 5560 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Nov 22, 2024 | Nov 29, 2024 | 4711 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 23, 2022 | Dec 02, 2022 | 7053 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 23, 2023 | Dec 01, 2023 | 6860 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Nov 24, 2022 | Dec 02, 2022 | 3122 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 24, 2023 | Dec 01, 2023 | 4492 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Nov 24, 2024 | Nov 29, 2024 | 3238 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Nov 25, 2023 | Dec 01, 2023 | 5735 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Nov 26, 2022 | Dec 02, 2022 | 310 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 26, 2023 | Dec 01, 2023 | 9696 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Nov 27, 2023 | Dec 01, 2023 | 6466 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Nov 28, 2022 | Dec 02, 2022 | 9800 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Nov 29, 2024 | Dec 13, 2024 | 6247 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 02, 2023 | Oct 06, 2023 | 2783 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Oct 02, 2023 | Oct 06, 2023 | 4328 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Oct 05, 2024 | Oct 18, 2024 | 7464 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 06, 2023 | Oct 20, 2023 | 5858 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 06, 2024 | Oct 18, 2024 | 9978 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 07, 2023 | Oct 20, 2023 | 6557 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Oct 07, 2024 | Oct 18, 2024 | 2977 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 08, 2023 | Oct 20, 2023 | 1928 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Oct 08, 2024 | Oct 18, 2024 | 6032 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 09, 2021 | Oct 09, 2021 | 2141 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Oct 09, 2023 | Oct 20, 2023 | 5757 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Oct 10, 2023 | Oct 20, 2023 | 2789 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Oct 10, 2024 | Oct 18, 2024 | 4304 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 11, 2022 | Oct 21, 2022 | 935 | LS | RegularFlow | $100.00 $8.50 tip | Debit complete (1) |

| Date | | ID | Type | Flow | Amount | Status |
|---|---|---|---|---|---|---|
| Oct 11, 2023 | Oct 20, 2023 | 780 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 12, 2023 | Oct 20, 2023 | 8546 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Oct 13, 2023 | Oct 20, 2023 | 4445 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Oct 14, 2022 | Oct 21, 2022 | 7140 | LS | RegularFlow | $100.00 $8.50 tip | Debit complete (1) |
| Oct 14, 2023 | Oct 20, 2023 | 4898 | LS | RegularFlow | $100.00 $4.00 tip + $3.99 fee | Debit complete (1) |
| Oct 15, 2022 | Oct 21, 2022 | 4847 | LS | RegularFlow | $100.00 $8.50 tip | Debit complete (1) |
| Oct 15, 2023 | Oct 20, 2023 | 6783 | LS | RegularFlow | $100.00 $1.00 tip + $3.99 fee | Debit complete (1) |
| Oct 17, 2022 | Oct 21, 2022 | 6128 | LS | RegularFlow | $50.00 $4.00 tip | Debit complete (1) |
| Oct 20, 2023 | Nov 03, 2023 | 7682 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Oct 20, 2024 | Nov 01, 2024 | 5150 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 22, 2021 | Oct 22, 2021 | 5332 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Oct 22, 2024 | Nov 01, 2024 | 3181 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 23, 2022 | Nov 04, 2022 | 359 | LS | RegularFlow | $100.00 $8.50 tip | Debit complete (1) |
| Oct 23, 2023 | Nov 03, 2023 | 3642 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Oct 23, 2023 | Nov 03, 2023 | 5720 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Oct 24, 2022 | Nov 04, 2022 | 5049 | LS | RegularFlow | $100.00 $8.50 tip | Debit complete (1) |
| Oct 24, 2023 | Nov 03, 2023 | 9144 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Oct 25, 2022 | Nov 04, 2022 | 3536 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Oct 25, 2023 | Nov 03, 2023 | 8199 | ACH | RegularFlow | $100.00 $3.00 tip | Debit complete (1) |
| Oct 25, 2024 | Nov 01, 2024 | 3007 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 26, 2022 | Nov 04, 2022 | 1820 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Oct 26, 2023 | Nov 03, 2023 | 1072 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Oct 26, 2024 | Nov 01, 2024 | 3374 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Oct 27, 2023 | Nov 03, 2023 | 4526 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Oct 28, 2022 | Nov 04, 2022 | 5075 | LS | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Oct 28, 2024 | Nov 01, 2024 | 7873 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Oct 29, 2022 | Nov 04, 2022 | 6833 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Sep 01, 2023 | Sep 08, 2023 | 1512 | LS | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Sep 01, 2024 | Sep 06, 2024 | 6453 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 03, 2024 | Sep 06, 2024 | 5725 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 04, 2021 | Sep 04, 2021 | 6128 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Sep 05, 2023 | Sep 08, 2023 | 7399 | LS | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Sep 06, 2024 | Sep 20, 2024 | 3667 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 07, 2024 | Sep 20, 2024 | 5727 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 08, 2023 | Sep 22, 2023 | 3158 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Sep 08, 2024 | Sep 20, 2024 | 5349 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 09, 2023 | Sep 22, 2023 | 1483 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Sep 09, 2024 | Sep 20, 2024 | 772 | ACH | RegularFlow | $100.00 | Debit complete (1) |
| Sep 10, 2022 | Sep 23, 2022 | 2834 | LS | RegularFlow | $100.00 $8.50 tip + $3.99 fee | Debit complete (1) |
| Sep 10, 2024 | Sep 20, 2024 | 415 | ACH | RegularFlow | $100.00 | Debit complete (1) |

| Date 1 | Date 2 | Num | Type | Flow | Amount | Status |
|---|---|---|---|---|---|---|
| Sep 11, 2023 | Sep 22, 2023 | 2446 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Sep 11, 2023 | Sep 22, 2023 | 3146 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Sep 11, 2024 | Sep 20, 2024 | 1543 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 12, 2023 | Sep 22, 2023 | 3811 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Sep 13, 2021 | Sep 13, 2021 | 1896 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Sep 13, 2023 | Sep 22, 2023 | 2816 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 14, 2023 | Sep 22, 2023 | 4648 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Sep 15, 2023 | Sep 22, 2023 | 4728 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Sep 19, 2023 | Sep 22, 2023 | 8152 | LS | RegularFlow | $50.00 $1.00 tip + $2.99 fee | Debit complete (1) |
| Sep 20, 2023 | Sep 22, 2023 | 3913 | LS | BalanceShield | $100.00 $3.00 tip | Debit complete (1) |
| Sep 21, 2024 | Oct 04, 2024 | 2765 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 22, 2023 | Oct 06, 2023 | 8159 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Sep 22, 2024 | Oct 04, 2024 | 1144 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 23, 2022 | Oct 07, 2022 | 9785 | LS | RegularFlow | $100.00 $8.50 tip + $3.99 fee | Debit complete (2) |
| Sep 23, 2023 | Oct 06, 2023 | 9603 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Sep 23, 2024 | Oct 04, 2024 | 3811 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 24, 2023 | Oct 06, 2023 | 2770 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Sep 24, 2024 | Oct 04, 2024 | 6883 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 25, 2023 | Oct 06, 2023 | 1883 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Sep 25, 2024 | Oct 04, 2024 | 8354 | LS | RegularFlow | $100.00 $3.99 fee | Debit complete (1) |
| Sep 26, 2023 | Oct 06, 2023 | 79 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Sep 26, 2024 | Oct 04, 2024 | 239 | LS | RegularFlow | $50.00 $3.99 fee | Debit complete (1) |
| Sep 27, 2023 | Oct 06, 2023 | 1105 | LS | RegularFlow | $100.00 $2.00 tip + $3.99 fee | Debit complete (1) |
| Sep 28, 2023 | Oct 06, 2023 | 8110 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |
| Sep 29, 2021 | Sep 29, 2021 | 5653 | LS | RegularFlow | $100.00 $6.00 tip | Debit complete (1) |
| Sep 29, 2023 | Oct 06, 2023 | 6643 | ACH | RegularFlow | $100.00 $2.00 tip | Debit complete (1) |