UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALISA JOHNSON, LAURA DAY, and KOREY THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVEHOURS, INC. d/b/a EARNIN,<br><br>Defendant. | Case No. 1:24-cv-02283-JRR |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNT III OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

Upon consideration of Defendant's Motion to Dismiss Count III of Plaintiffs' Second Amended Complaint, the Memorandum of Law in Support, and any opposition thereto, it is this _____ day of _____, 2025, ORDERED that Defendant's Motion is hereby GRANTED, and it is ORDERED that Count III (Violation of the Maryland Consumer Debt Collection Act) of Plaintiffs' Second Amended Complaint is dismissed with prejudice.

 

_____
The Honorable Julie R. Rubin
District Judge
United States District Court
for the District of Maryland