**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

LAURA DAY, *et al.*,

     *Plaintiffs*,

     v.                              Civil No.: 1:24-cv-02283-JRR

ACTIVEHOURS, INC. d/b/a EARNIN,

     *Defendant.*

**AMENDED SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion to Extend Case Management Deadlines at ECF No. 54 (the "Motion"), it is this 23rd day of January 2026,

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that the Amended Scheduling Order at ECF No. 37 shall be amended as set forth herein.  The Scheduling Order at ECF No. 33, as amended by the Amended Scheduling Order at ECF No. 37, otherwise remains in full force and effect.

No further extensions of the Scheduling Order deadlines will be granted absent extraordinary or otherwise compelling circumstances.

**Scheduling Order Deadlines**

| | |
|---|---|
| May 4, 2026: | Motion for Class Certification and Plaintiffs' Expert Report(s) re Class Certification |
| June 18, 2026: | Opposition to Motion for Class Certification and Defendants' Expert Report(s) re Class Certification |
| July 2, 2026: | Reply in Support of Motion for Class Certification and Rebuttal Expert Report(s) re Class Certification |
| November 12, 2026: | Close of fact discovery |
| December 7, 2026: | Plaintiff's Rule 26(a)(2) disclosures |

| | |
|---|---|
| January 5, 2027: | Defendant's Rule 26(a)(2) disclosures |
| January 19, 2027: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| January 26, 2027: | Rule 26(e)(2) supplementation of disclosures and responses |
| March 2, 2027: | Close of expert discovery |
| March 16, 2027: | Submission of post-discovery status report to include proposed briefing schedule on dispositive and *Daubert* motions.  Counsel shall ensure the proposed briefing schedule is filed as a "motion" on ECF so that Chambers is alerted. |

January 23, 2026

/s/_____
Julie R. Rubin
United States District Judge